**No. 09-445. Teresa Davis, et al., Petitioners v. City of Joliet, Illinois, et al.**

559 U.S. 936, 130 S. Ct. 1504, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1308.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 562 F.3d 830.